DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 2022-0013 |
| ) | |
| JIMMAR A. PAYNE ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**Appearances:**
**Daniel H. Huston, Esq.,**
**Adam Francis Sleeper, Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

**Lisa L. Brown Williams, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

## ORDER

**UPON CONSIDERATION** of the Magistrate Judge's Report and Recommendation ("R&R") (Dkt. No. 41), in which the Magistrate Judge recommends that the Court grant Defendant's "Motion to Dismiss Count Five" (Dkt. No. 34) over the Opposition of the United States ("the Government") (Dkt. No. 37); the Government's Objections to the R&R (Dkt. No. 43); and Defendant's Response to the Government's Objections (Dkt. No. 45); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation (Dkt. No. 41) is **ADOPTED AS MODIFIED HEREIN**; and it is further

**ORDERED** that Defendant's "Motion to Dismiss Count Five" (Dkt. No. 34) is **GRANTED**.

**SO ORDERED**.

Date: July 10, 2023

                                                                                    _____/s/_____
                                                                                   WILMA A. LEWIS
                                                                                    District Judge